USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2020

**Jeffrey A. Rothman**
Attorney at Law
315 Broadway, Suite 200
New York, NY 10007
Tel.: (212) 227-2980; Cell: (516) 455-6873
Fax: (212) 591-6343
rothman.jeffrey@gmail.com

January 6, 2020

**By ECF and by Email to Torres_NYSDChambers@nysd.uscourts.gov**
The Honorable Analisa Torres
United States District Court Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>Herminio Robles v. City of New York, et al.</u>, 19 Civ. 6581 (AT)

Dear Judge Torres:

    I am counsel for Plaintiff in the above-captioned action. I write – jointly with opposing counsel, Brachah Goykadosh, Esq. – to respectfully request that the Initial Conference presently scheduled for January 27, 2020 at 11 a.m. be adjourned until after the Local Rule 83.10 "Plan" has run its course (and that a corresponding extension of time be granted to file any joint letter and case management plan linked with the Initial Conference, both of which are currently due on January 20, 2019). The 1983-Plan Review date was set by the clerk as March 30, 2020 per docket entry (no docket #) dated December 19, 2019.

    We thank the Court for its consideration in this matter.

Respectfully submitted,

/S/

Jeffrey A. Rothman
Counsel for Plaintiff

/S/

Brachah Goykadosh
Counsel for Defendants

---

GRANTED. The initial pretrial conference scheduled for January 27, 2020, is ADJOURNED *sine die*. The parties shall promptly inform the Court when a date for mediation is set.

SO ORDERED.

Dated: January 6, 2020
       New York, New York

ANALISA TORRES
United States District Judge