```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

HERMINIO ROBLES, Jr.,

                Plaintiff,

-against-

THE CITY OF NEW YORK; POLICE OFFICER JOHN M. HENDERSON, Shield No. 13171; POLICE SERGEANT FELIX M. SALCEDO; POLICE OFFICER NANCY NIEVES; POLICE OFFICER DEALIP KUNDU, Shield No. 2736; POLICE OFFICER RUFFY PAULINO, Shield No. 2978; JOHN DOES; and RICHARD ROES,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/29/2021

19 Civ. 6581 (AT) (BCM)

**ORDER**

ANALISA TORRES, District Judge:

    Having received no objections to the Report and Recommendation (the "R&R"), ECF No. 72, of the Honorable Barbara C. Moses, the Court reviewed the R&R for clear error, and found none. *Santiago v. Colvin*, 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014).

    The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, Plaintiff's motion for attorney's fees is GRANTED in part and DENIED in part. Plaintiff is awarded $13,650.13 in attorney's fees and costs. R&R at 25.

    The Clerk of Court is directed to terminate the motion at ECF No. 50, and close the case.

    SO ORDERED.

Dated: March 29, 2021
       New York, New York

                                        ANALISA TORRES
                                  United States District Judge